## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FLORET IKOME, | |
| Plaintiff, | Case No. 23-cv-3588 (JMC) |
| v. | |
| SEAN W. O'DONNELL, *in his official capacity as the Inspector General of the United States Environmental Protection Agency*, | |
| Defendant. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss, ECF 8, is **GRANTED** and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: May 22, 2026